IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MACK KENT,

        Plaintiff,                      No. CIV S-09-1704 GGH P

    vs.

JESSICA I. LOY,

        Defendant.               ORDER

_____/

        Plaintiff, appears to be a pre-trial detainee, proceeding pro se, and has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

        It also appears that plaintiff is attempting to challenge an ongoing criminal proceeding against him. Plaintiff has named as defendant a public defender, accuses her of acting as a surrogate prosecutor, and seeks a new defense attorney. Principles of comity and

federalism weigh against a federal court interfering with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances. <u>Younger v. Harris</u>, 401 U.S. 37, 43-54 (1971). Plaintiff has not demonstrated the existence of extraordinary circumstances that warrant interference in the ongoing state criminal proceedings. Accordingly, plaintiff is ordered to show cause why this action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine described above.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine.

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 26, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
kent1704.3c+.new